In the Matter of the Foreclosure of Tax Liens by the COUNTY OF ULSTER, Appellant; ERED ENTERPRISES, INC., Respondent.

Submitted September 2, 2014; decided October 21, 2014

Motion for leave to appeal dismissed upon the ground that

the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.